IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERRY RENE CHAPMAN

    Plaintiff

v.                                          Civil Case No. JKB-20-0636

SOCIAL SECURITY ADMIN., et al.

    Defendants

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION TO DISMISS (ECF No. 19). The Plaintiff has responded (ECF No. 23). The Motion will be GRANTED.

The Plaintiff filed his initial Complaint on March 10, 2020 (ECF No. 1). It was largely incoherent. The Judge to whom the case was then assigned granted leave to the Plaintiff to file an Amended Complaint, and he did so on June 30, 2020 (ECF No. 6). Although less lengthy, the Amended Complaint is only *slightly* more coherent than the initial Complaint. After careful review of the latter document, and after examining the other materials that the Plaintiff has docketed in this case, the Court remains uncertain as to the claims and allegations the Plaintiff wishes to present. In general, the Plaintiff seems to allege that he has illnesses and/or disabilities, and that he is entitled to relief, perhaps pursuant to the Social Security Act or the Americans with Disabilities Act, or perhaps in relation to his service in the Army, and under U.S. Code provisions relating to veterans. *Pro se* petitions are to be given liberal construction, but the Court is unable to discern the Plaintiff's claims. It is not for the Court to guess or speculate, or to construct claims from the bits and elements that might be floating in the various papers and arguments submitted.

Instead, because the Amended Complaint is largely unintelligible, and for the further reasons set out in the Government's brief (ECF No. 19-1), which the Court adopts herein as its own, this case is DISMISSED. The Clerk is instructed to CLOSE THIS CASE.

Dated this 11 day of December, 2020.

BY THE COURT:

James K. Bredar
Chief Judge